IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLENDA A. JEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:04-CV-00720-B |
| ) | [WO] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the *Memorandum Opinion and Order* entered herewith reversing the Commissioner's decision and remanding this cause for further consideration, it is

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Plaintiff, Glenda A. Jewell, and against the Commissioner of Social Security, and this case is **REMANDED** to the Commissioner pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 6th day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE